IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMES SPEARS, JR.                                                      PLAINTIFF
#122695

v.                        No. 3:22-cv-69-DPM

OSCEOLA POLICE DEPARTMENT;
JENNIFER EPHLIN, Former Shift
Supervisor, Osceola Police Department;
CHRIS VAUGHN, Officer, Osceola
Police Department; CATHERINE DEAN,
Prosecuting Attorney, Second Judicial District;
DAKOTA DUNKIN, Officer, Osceola Police
Department; JOHN DOES 1-2, City Mayor of
Osceola, Chief of Osceola Police Department;
DANIEL G. RITCHEY, Circuit Court Judge,
Second Judicial District;
RALPH WILSON, JR, Chief Administrative
Circuit Judge, Fifth Division;
CITY OF OSCEOLA, ARKANSAS;
DONALD R. BETTERTON,
District Judge, Osceola District Court;
RODNEY CHEDISTER, Public Defender;
DALE COOK, Sheriff,
Mississippi County, Arkansas;
JOHN H. BRADLEY, Chief Public Defender        DEFENDANTS

ORDER

1. Spears hasn't paid the $402 filing and administrative fees or filed an application to proceed *in forma pauperis*. He must do one or the

other by 29 April 2022. If he doesn't, his case will be dismissed without prejudice. LOCAL RULE 5.5(2).

**2.** The Court directs the Clerk to mail Spears an application to proceed *in forma pauperis*. If the Court grants him permission to proceed *in forma pauperis*, then the administrative fee will be waived, but Spears will have to pay the $350 filing fee in monthly installments taken from his prisoner account. 28 U.S.C. § 1915(b).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 March 2022