IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMES SPEARS, JR.                                                      PLAINTIFF
ADC #122695

v.                           No. 3:22-cv-00069-DPM

OSCEOLA POLICE DEPARTMENT;
JENNIFER EPHLIN, Former Shift
Supervisor, Osceola Police Department;
CHRIS VAUGHN, Officer, Osceola
Police Department; CATHERINE DEAN,
Prosecuting Attorney, Second Judicial District;
DAKOTA DUNKIN, Officer, Osceola Police
Department; JOHN DOES 1-2, City Mayor of
Osceola, Chief of Osceola Police Department;
DANIEL G. RITCHEY, Circuit Court Judge,
Second Judicial District; RALPH WILSON, JR.,
Chief Administrative Circuit Court Judge,
Fifth Division; CITY OF OSCEOLA, ARKANSAS;
DONALD R. BETTERTON, District Judge,
Osceola District Court; RODNEY CHEDISTER,
Court Appointed Public Defender;
DALE COOK, Sheriff,
Mississippi County, Arkansas; and
JOHN H. BRADLEY, Chief Public Defender         DEFENDANTS

## ORDER

1.  Spears requests that this case be reassigned to different Judges. He is put out, and justifiably so, because of my delay in screening his *pro se* complaint. His pleading was ripe for screening

more than four months ago.  The delay is because, in addition to other obligations, I've been swamped holding hearings in criminal cases. That's the reason, but no excuse.  I regret my delay in working on Spears's case and apologize to him for it.  The fact that Spears has sued two state court judges and other public officials did not prompt the delay.  No one knowing all the material facts could reasonably question my impartiality.  28 U.S.C. § 455(a).  I'm slow but have no leaning for or against any party in this case.  The motion to reassign, *Doc. 5*, is denied.

    2.    The motion for a status update, *Doc. 4*, is granted.  My staff and I have worked on Spears's case from time to time during the past few months.  I will complete screening his claims and file an Order before the end of August.

    So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

12 August 2022