IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMES SPEARS, JR.   PLAINTIFF
ADC #122695

v.   No. 3:22-cv-00069-DPM

OSCEOLA POLICE DEPARTMENT;
JENNIFER EPHLIN, Former Shift
Supervisor, Osceola Police Department;
CHRIS VAUGHN, Officer, Osceola
Police Department; CATHERINE DEAN,
Prosecuting Attorney, Second Judicial District;
DAKOTA DUNKIN, Officer, Osceola Police
Department; JOHN DOES 1-2, City Mayor of
Osceola, Chief of Osceola Police Department;
DANIEL G. RITCHEY, Circuit Court Judge,
Second Judicial District; RALPH WILSON, JR.,
Chief Administrative Circuit Court Judge,
Fifth Division; CITY OF OSCEOLA, ARKANSAS;
DONALD R. BETTERTON, District Judge,
Osceola District Court; RODNEY CHEDISTER,
Court Appointed Public Defender;
DALE COOK, Sheriff,
Mississippi County, Arkansas; and
JOHN H. BRADLEY, Chief Public Defender   DEFENDANTS

## JUDGMENT

Spears's claims against Officers Dunkin, Vaughn and Ephlin are dismissed with prejudice. All his other claims are dismissed without prejudice.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 August 2022