IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JAMES SPEARS, JR.**  PLAINTIFF
ADC #122695

v.  No. 3:22-cv-69-DPM

**OSCEOLA POLICE DEPARTMENT;
JENNIFER EPHLIN, Former Shift
Supervisor, Osceola Police Department;
CHRIS VAUGHN, Officer, Osceola Police
Department; CATHERINE DEAN,
Prosecuting Attorney, Second Judicial
District; DAKOTA DUNKIN, Officer,
Osceola Police Department; JOHN
DOES 1-2, City Mayor of Osceola,
Chief of Osceola Police Department;
DANIEL G. RITCHEY, Circuit Court
Judge, Second Judicial District;
RALPH WILSON, JR., Chief
Administrative Circuit Court Judge,
Fifth Division; CITY OF OSCEOLA,
ARKANSAS; DONALD R. BETTERTON,
District Judge, Osceola District Court;
RODNEY CHEDISTER, Court Appointed
Public Defender; DALE COOK, Sheriff,
Mississippi County, Arkansas; and JOHN
H. BRADLEY, Chief Public Defender**  DEFENDANTS

### ORDER

The Court screened and dismissed Spears's complaint. Several claims failed, the Court concluded, as untimely. *Doc. 7.* Spears moves for reconsideration. His motion is timely. FED. R. CIV. P. 60(c)(1).

The Court made a mistake in its limitations analysis. Spears is correct on this point. While the Clerk received and docketed Spears's complaint on 21 March 2022, a copy of the related envelope bears a 17 March 2022 post-mark. *Compare Doc. 1 at 1, with Doc. 1 at 24.* Spears's complaint is deemed "filed" on that date. His constitutional and state law claims about the 17–18 March 2019 events were therefore timely. *Sulik v. Taney County, Missouri*, 316 F.3d 813, 815 (8th Cir. 2003), *rev'd on other grounds*, 393 F.3d 765 (8th Cir. 2005).

The Court, however, stands by its previous Order on all of Spears's other claims. *Doc. 7.*

The Court vacates its Judgment, *Doc. 8*, and reopens this case. Spears's motion for reconsideration, *Doc. 10*, is partly granted and partly denied. The Court will re-screen Spears's claims related to the 17–18 March 2019 events because they are not barred by the statute of limitations.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

25 October 2022