# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**JAMES SPEARS, JR.**                                          **PLAINTIFF**
**ADC #122695**

v.                  No. 3:22-cv-69-DPM

**JENNIFER EPHLIN, Former
Shift Supervisor, Osceola Police
Department; CHRIS VAUGHN,
Officer, Osceola Police Department;
and DAKOTA DUNKIN, Officer,
Osceola Police Department**                            **DEFENDANTS**

## ORDER

The Court twice ordered service of process for Defendants Vaughn and Dunkin. *Doc. 16*. They remain unserved. Their summonses were returned unexecuted, each noting that they no longer work for the Osceola Police Department and no forwarding addresses are available for the officers. *Doc. 17 & 18*. The Court therefore requests the Administrator of the Osceola Police Department to file under seal the last-known mailing addresses for Officers Vaughn and Dunkin by 8 March 2023.

So Ordered.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

8 February 2023