IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JAMES SPEARS, JR.**  **PLAINTIFF**
**ADC #122695**

v.                  No. 3:22-cv-69-DPM

**JENNIFER EPHLIN,** Former
Shift Supervisor, Osceola Police
Department; **CHRIS VAUGHN,**
Officer, Osceola Police Department;
and **DAKOTA DUNKIN,** Officer,
Osceola Police Department                    **DEFENDANTS**

### ORDER

Spears's motion for status update, *Doc. 20*, is granted. A summons was returned executed as to Defendant Ephlin. *Doc. 13*. But Defendants Dunkin and Vaughn remain unserved. *Doc. 17 & 18*. The Court directs the Clerk to mail Spears copies of the summonses, *Doc. 13, 14, 15, 17 & 18*, the Court's most recent Order, *Doc. 19*, and the docket sheet.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

13 February 2023