IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMES SPEARS, JR.
ADC #122695                                                                                    PLAINTIFF

v.                                    No. 3:22-cv-69-DPM

JENNIFER EPHLIN, Former
Shift Supervisor, Osceola Police
Department; CHRIS VAUGHN,
Officer, Osceola Police Department;
and DAKOTA DUNKIN, Officer,
Osceola Police Department                                                          DEFENDANTS

ORDER

1.   Spears's motion to extend discovery, *Doc. 29*, is denied without prejudice as premature. The discovery deadline is in late September—nearly three months away. Spears must continue doing his best reviewing the Defendants' discovery responses in the time allotted. If Spears needs more time to conduct discovery adequately, he should renew his request for an extension by 31 August 2023. Spears's embedded request for an Order directing ADC officials to allow him unrestricted access to the discovery materials is also denied. He must continue to do the best he can in the circumstances.

2.   Spears's motion to compel, *Doc. 30*, is denied without prejudice as moot. Dunkin has responded to Spears's first set of

interrogatories and requests for production. *Doc. 32–2.* And the Court declines to impose sanctions.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

5 July 2023