# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

JAMES SPEARS, JR.                                                                PLAINTIFF
ADC #122695

v.                            No. 3:22-cv-69-DPM

JENNIFER EPHLIN, Former
Shift Supervisor, Osceola Police
Department; CHRIS VAUGHN,
Officer, Osceola Police Department;
and DAKOTA DUNKIN, Officer,
Osceola Police Department                                                      DEFENDANTS

## ORDER

1. The defendants' motion to extend the discovery and motions deadlines, *Doc. 35*, is granted. The discovery deadline is now 21 November 2023. Motions are due by 22 December 2023.

2. Spears's motion to extend discovery, *Doc. 36*, is denied as moot. His renewed request for an Order directing ADC officials to allow him unrestricted access to the discovery materials is denied. He must continue to do the best he can in the circumstances.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

7 September 2023