# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

JAMES SPEARS, JR.
ADC #122695                                                          PLAINTIFF

v.                          No. 3:22-cv-69-DPM

JENNIFER EPHLIN, Former
Shift Supervisor, Osceola Police
Department; CHRIS VAUGHN,
Officer, Osceola Police Department;
and DAKOTA DUNKIN, Officer,
Osceola Police Department                                          DEFENDANTS

## ORDER

1. Motion to compel, *Doc. 41*, granted as modified. The Court finds no error in Dunkin's and Vaughn's interrogatories. Each defendant may serve up to twenty-five interrogatories on Spears. Fed. R. Civ. P. 33(a)(1). Dunkin served fourteen. Vaughn served twenty-one. It's true that some interrogatories had subparts; but, with one exception, the subparts seek details about the foundational question, which is proper. Fed. R. Civ. P. 33 (1993 addition to advisory committee notes); 8B Charles Alan Wright, Arthur R. Miller & Richard L. Marcus, Federal Practice and Procedure § 2168.1 (3d ed). Dunkin's interrogatory no. 1 inquires about five discrete matters. These subparts therefore qualify as separate interrogatories.

But Dunkin's revised total is still less than the limit. Spears must respond to all the interrogatories.

2. Motion for protective order, *Doc. 44*, denied. Spears relies on the same arguments he makes in opposition to the defendants' motion to compel. There's no evidence of abuse, harassment, or undue burden or expense. Fed. R. Civ. P. 26(c). Spears brought this lawsuit. He must respond to reasonable discovery requests in a timely fashion. *Lindstedt v. City of Granby*, 238 F.3d 933, 937 (8th Cir. 2000).

3. Unopposed motion, *Doc. 47*, granted. Discovery deadline extended to 12 January 2024. Dispositive motions due by 9 February 2024.

\* \* \*

Spears must respond to Dunkin's and Vaughn's interrogatories and requests for production by 15 December 2023. The Court declines to impose sanctions at this time. Fed. R. Civ. P. 37(a)(5)(A)(ii).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

20 November 2023