# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**JAMES SPEARS, JR.**
**ADC #122695**                                                          **PLAINTIFF**

v.                             No. 3:22-cv-69-DPM

**JENNIFER EPHLIN, Former
Shift Supervisor, Osceola Police
Department; CHRIS VAUGHN,
Officer, Osceola Police Department;
and DAKOTA DUNKIN, Officer,
Osceola Police Department**                                              **DEFENDANTS**

## ORDER

1.  The motion to quash, *Doc. 51*, is denied. Spears filed his requests for admission weeks before discovery ended. And, even though Dunkin's and Long's deadline to respond accrued days after the discovery deadline, they don't argue that they were prejudiced by his timing. *See Manatt v. Union Pacific Railroad Co.*, 122 F.3d 514, 516-17 (8th Cir. 1997). In these circumstances, the Court extends their time to respond to Spears's requests. Fed. R. Civ. P. 36(a)(3). They must do so by 23 February 2024.

2.  Dunkin's and Long's alternative motion for a protective order is denied without prejudice. They didn't attach a certification of good-faith conferral to their motion. Fed. R. Civ. P. 26(c)(1); LOCAL RULE 7.2(g). That's a crucial step. The Court directs the parties

to meet, confer, resolve as many of the issues as possible, and then bring any remaining disputes to the Court. The Court expects reasonable compromises from both sides.

    3.    The Court directs the Clerk to update the docket to reflect Jennifer Ephlin's name as Jennifer (Ephlin) Long.

\*    \*    \*

Dunkin's and Long's motion, *Doc. 51*, is denied. Spears's motion for an extension, *Doc. 53*, is denied as moot. The discovery deadline remains in effect as to all other matters. Dispositive motions due by 22 March 2024.

    So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

25 January 2024