IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JAMES SPEARS, JR.**                                                                                    **PLAINTIFF**
**ADC #122695**

v.                                    CASE NO.: 3:22-CV-69-DPM

**JENNIFER (EPHLIN) LONG, Former**
**Shift Supervisor, Osceola Police**
**Department; CHRIS VAUGHN, Former**
**Officer, Osceola Police Department;**
**and DAKOTA DUNCAN, Former Officer,**
**Osceola Police Department**                                                            **DEFENDANTS**

## MOTION TO WITHDRAW AS ATTORNEY

COME NOW Separate Defendants, Jennifer (Ephlin) Long and Chris Vaughn, each in their individual capacities, by and through their counsel, Sarah Cowan, and for this Motion to Withdraw as Attorney, state:

1. Legal representation for Separate Defendants Long and Vaughn is provided through the Municipal Legal Defense Program of the Arkansas Municipal League.

2. Undersigned counsel, Sarah Cowan, is currently counsel of record for Separate Defendants Long and Vaughn, each in their individual capacities.

3. M. Keith Wren, an attorney with the Arkansas Municipal League, has entered his appearance in this matter on behalf of Separate Defendants Long and Vaughn, each in their individual capacities, and from this point forward, Mr. Wren will serve as lead counsel for Separate Defendants Long and Vaughn.

4. Reasonable steps have been taken to avoid foreseeable prejudice to the rights of the clients, and all papers and property are available to the clients upon request.

5. No fees are due or owing.

6. Separate Defendants Long and Vaughn will be adequately represented in this matter by Mr. Wren.

7. For the foregoing reasons and for good cause shown, undersigned counsel respectfully requests that she be allowed to withdraw as counsel in this matter.

WHEREFORE, undersigned counsel respectfully requests that this Court grant this Motion to Withdraw as Attorney.

Respectfully submitted,

Jennifer (Ephlin) Long and Chris Vaughn, each in their individual capacities

**SEPARATE DEFENDANTS**

BY: Sarah Cowan, Ark. Bar No. 2013182
Attorney for Separate Defendants
P.O. Box 38
North Little Rock, AR 72115
Tel: 501-978-6117
Fax: 501-712-1598
scowan@arml.org

### CERTIFICATE OF SERVICE

I, Sarah Cowan, hereby certify that on March 6, 2024, I placed a copy of the foregoing filing in the U.S. Mail to all participants listed below, via Certified Mail, Return Receipt requested:

James Spears, ADC #122695
Varner Supermax
320 Hwy. 388
Gould, AR 71643

/s/ *Sarah Cowan*
Sarah Cowan, Ark. Bar No. 2013182