IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMES SPEARS, JR.
ADC #122695                                                                                    PLAINTIFF

v.                                    No. 3:22-cv-69-DPM

JENNIFER EPHLIN LONG, Former
Shift Supervisor, Osceola Police
Department; CHRIS VAUGHN,
Officer, Osceola Police Department;
and DAKOTA DUNKIN, Officer,
Osceola Police Department                                                              DEFENDANTS

## ORDER

The motion to withdraw, *Doc. 58*, is granted.  Cowan is relieved as counsel for Long and Vaughn.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 March 2024