IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JAMES SPEARS, JR.**
**ADC #122695**                                                                                                    PLAINTIFF

v.                              No. 3:22-cv-69-DPM

**JENNIFER EPHLIN,** Former
Shift Supervisor, Osceola Police
Department; **CHRIS VAUGHN,**
Officer, Osceola Police Department;
and **DAKOTA DUNKIN,** Officer,
Osceola Police Department                                         DEFENDANTS

ORDER

Motion, *Doc. 56*, denied. First, Dunkin and Long responded to Spears's requests for admission by the Court's 23 February 2024 deadline. *Doc. 60-1 at 21 & 60-2 at 23*. There is no basis on which to deem his requests admitted. Fed. R. Civ. P. 36(a)(3). Second, Spears is not entitled to default judgment against Dunkin or Long. Even if they hadn't responded on time, default judgment would not be the appropriate sanction. *Ackra Direct Marketing Corp. v. Fingerhut Corp.*, 86 F.3d 852, 856 (8th Cir. 1996).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

22 March 2024