IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMES SPEARS, JR.
ADC #122695                                                                         PLAINTIFF

v.                                  No. 3:22-cv-69-DPM

JENNIFER EPHLIN LONG, Former
Shift Supervisor, Osceola Police
Department;  CHRIS VAUGHN,
Officer, Osceola Police Department;
and DAKOTA DUNKIN, Officer,
Osceola Police Department                                                  DEFENDANTS

## ORDER

Motion, *Doc. 67*, granted. Spears's response is due by 21 June 2024.

So Ordered.

*[signature: DPMarshall Jr.]*

D.P. Marshall Jr.
United States District Judge

<u>24 April 2024</u>