## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

JAMES SPEARS, JR.
ADC #122695                                                          PLAINTIFF

v.                              No. 3:22-cv-69-DPM

JENNIFER EPHLIN LONG, Former
Shift Supervisor, Osceola Police
Department; CHRIS VAUGHN,
Officer, Osceola Police Department;
and DAKOTA DUNKIN, Officer,
Osceola Police Department                              DEFENDANTS

### ORDER

Motion, *Doc. 74*, denied as moot for the reasons stated in the Court's 12 June 2024 Order. Spears must respond to the motion for summary judgment by 19 July 2024. No further extensions will be granted absent extraordinary circumstances.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_25 June 2024_