## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**JAMES SPEARS, JR.**
**ADC #122695**                                                    **PLAINTIFF**

**v.**                          **No. 3:22-cv-69-DPM**

**JENNIFER EPHLIN LONG, Former**
**Shift Supervisor, Osceola Police**
**Department;  CHRIS VAUGHN,**
**Officer, Osceola Police Department;**
**and DAKOTA DUNKIN, Officer,**
**Osceola Police Department**                      **DEFENDANTS**

### ORDER

1.     Spears's motion to strike the defendants' motion for summary judgment, *Doc. 77*, is denied.  Spears is correct that the defendants did not include the summary judgment standard in their motion papers.  But the Court can make do without it.

2.     The embedded Rule 56(c) motion to strike Officer Dunkin's body camera footage is denied.  In his affidavit, Officer Dunkin stated: "[T]he video footage is a true and accurate recording of the encounter with James Spears on March 17, 2019." *Doc. 66-9*.  But he clarified that the video's "date and time" were incorrect.  *Ibid.*  The Court sees no reason why this evidence could not be authenticated at trial. Fed. R. Evid. 901(b); *Gannon International, Ltd. v. Blocker*, 684 F.3d 785, 793 (8th Cir. 2012).

3.     The embedded motion for more time to respond is granted as modified.  Spears's tardy responses, *Doc. 79, 80 & 81*, are deemed timely.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 August 2024