IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMES SPEARS, JR.
ADC #122695                                                                                                  PLAINTIFF

v.                                        No. 3:22-cv-69-DPM

JENNIFER EPHLIN LONG, Former
Shift Supervisor, Osceola Police
Department; CHRIS VAUGHN,
Officer, Osceola Police Department;
and DAKOTA DUNKIN, Officer,
Osceola Police Department                                                                            DEFENDANTS

ORDER

The Court is working through the summary judgment papers. In April 2024, the defendants notified the Court that they had conventionally filed a video exhibit of Spears's arrest. *Doc. 66-2.* The Clerk of Court, however, has no record of that exhibit. And the Court has been unable to locate a courtesy copy in chambers. The defendants rely on this video extensively in their briefs. They must therefore file it conventionally; and they must do so immediately.

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

15 October 2024