IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JAMES SPEARS, JR.**
**ADC #122695**                                                                                  **PLAINTIFF**

v.                                    No. 3:22-cv-69-DPM

**JENNIFER EPHLIN LONG, Former**
**Shift Supervisor, Osceola Police**
**Department; CHRIS VAUGHN,**
**Officer, Osceola Police Department;**
**and DAKOTA DUNKIN, Officer,**
**Osceola Police Department**                                                  **DEFENDANTS**

### ORDER

Conventionally filed video exhibit, *Doc. 89*, received with thanks.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 October 2024