IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMES SPEARS, JR.
ADC #122695                                                                PLAINTIFF

v.                            No. 3:22-cv-69-DPM

OSCEOLA POLICE DEPARTMENT;
JENNIFER EPHLIN LONG, Former Shift
Supervisor, Osceola Police Department;
CHRIS VAUGHN, Officer, Osceola Police
Department; CATHERINE DEAN,
Prosecuting Attorney, Second Judicial
District; DAKOTA DUNKIN, Officer,
Osceola Police Department; JOHN DOES
1-2, City Mayor of Osceola, Chief of
Osceola Police Department; DANIEL G.
RITCHEY, Circuit Court Judge, Second
Judicial District; RALPH WILSON, JR.,
Chief Administrative Circuit Court Judge,
Fifth Division; CITY OF OSCEOLA,
ARKANSAS; DONALD R. BETTERTON,
District Judge, Osceola District Court;
RODNEY CHEDISTER, Court Appointed
Public Defender; DALE COOK, Sheriff,
Mississippi County, Arkansas; and JOHN
H. BRADLEY, Chief Public Defender            DEFENDANTS

JUDGMENT

Spears's claims against Officers Dunkin, Ephlin, and Vaughn for unlawful stop, excessive force, deliberate indifference to medical needs, and failure to protect are dismissed with prejudice. His retaliation

-2-

claim against Officer Dunkin is also dismissed with prejudice. Spears's remaining claims are dismissed without prejudice.

          *WPMarshall Jr.*
          _____
          D.P. Marshall Jr.
          United States District Judge

          25 October 2024