IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JAMES SPEARS, JR.**
**ADC #122695**                                                                                    **PLAINTIFF**

v.                                    No. 3:22-cv-69-DPM

**JENNIFER EPHLIN LONG, Former**
**Shift Supervisor, Osceola Police**
**Department; CHRIS VAUGHN,**
**Officer, Osceola Police Department;**
**and DAKOTA DUNKIN, Officer,**
**Osceola Police Department**                                                           **DEFENDANTS**

## ORDER

1.  Motion, *Doc. 94*, granted as specified for good cause shown. The Court extends Spears's deadline to file his notice of appeal from 25 November 2024* to 25 December 2024.** Fed. R. App. P. 4(a)(5).

---

\* The Court entered Judgment on 25 October 2024. The thirty-day period to file his notice of appeal ends on Sunday, 24 November 2024. Fed. R. App. P. 4(a)(1)(A). Because that period ends on a Sunday, his notice of appeal would be due by Monday, 25 November 2024. Fed. R. App. P. 26(a)(1)(C).

\*\* The Court is mindful that December 25th is Christmas Day. But that's the maximum extension this Court can grant. Fed. R. App. P. 4(a)(5)(C). Because that day is a legal holiday, the applicable rule gives Spears until 26 December 2024 to file his notice of appeal. Fed. R. App. P. 26(a)(1)(C) & (a)(5).

2.   Spears's embedded motion for copies is granted. The Court directs the Clerk to send him a copy of the docket sheet and copies of *Doc. 1, 2, 7, 11, 12, 55, 79, 80, 81, & 89.*

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

8 November 2024